IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

EARL D. PHIFFER,

                                                 ORDER

                Petitioner,

                                               08-cv-384-slc

     v.

GREGORY GRAMS, Warden,
Columbia Correctional Institution,

                Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      Petitioner Earl D. Phiffer has filed objections to the report and recommendation entered by United States Magistrate Judge Stephen L. Crocker on January 7, 2009, recommending dismissal of petitioner's petition for a writ of habeas corpus under 28 U.S.C. § 2254. After reviewing petitioner's objections and the magistrate judge's report, I will accept the magistrate judge's recommendation and dismiss the petition.

      The magistrate judge gave thorough attention to each of the issues that petitioner raised in his petition and raises again in his objections. These include his contention that the state coerced the victim to testify falsely at his trial and that his counsel was ineffective at trial for failing to challenge certain jurors for cause and on appeal for not raising the issue

1

of the ineffectiveness of trial counsel. No purpose would be served in going over these same contentions and the reasons why they do not show that petitioner was convicted unconstitutionally.

ORDER

IT IS ORDERED that the report and recommendation entered by the United States Magistrate Judge on January 7, 2009, is ADOPTED and petitioner Earl D. Phiffer's petition for a writ of habeas corpus brought under 28 U.S.C. § 2254 is DENIED.

Entered this 20th day of March, 2009.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge