# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

| | |
|---|---|
| **EARL D. PHIFFER,** | **JUDGMENT** |
| | **on a Motion pursuant to** |
| Petitioner, | **28 U.S.C. § 2254** |
| | |
| **v.** | Case No.: 08-cv-384-slc |
| | |
| **GREGORY GRAMS, Warden** | |
| **Columbia Correctional Institution,** | |
| | |
| Respondent. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is DENIED.


PETER OPPENEER
_____
Peter Oppeneer, Clerk

/s/ S. Vogel
_____
by Deputy Clerk

3/23/09
_____
Date